UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| K.M.,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; NEW YORK CITY POLICE DEPARTMENT,<br><br>　　　　　　　　Defendants. | 23-MC-316 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

　　Plaintiff instituted this action on August 31, 2023 and filed proof of service upon Defendants on November 21, 2023. Since then, no action has occurred. Accordingly, the parties are directed to file a joint status letter no later than **December 13, 2023**.

Dated:　December 7, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　*Jessica Clarke*
　　　　　　　　　　　　　　　　　　　　　　　　JESSICA G. L. CLARKE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge